Guilliams, Harry P. Weber, George W. Miller, Arthur J. Donovan and Arthur A. Anderson, for appellees; Joseph D. Ryan, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

**Joseph Hurt and Josefa Hurt, appellees, v. Martin A. Ross, appellant. Gen. No. 29,049.**

Forcible detainer. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. LaBuy, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed June 30, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Max C. Liss, for appellant. Charles J. Michal and Henry P. Sinden, for appellees; Charles J. Michal, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

**George Willens, appellee, v. United Manufacturing and Distributing Company, appellant. Gen. No. 29,009.**

Action for services, tools, etc., furnished under contract. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed June 30, 1924.

Olds & Tourje, for appellant; Mack C. Wylie, of counsel. A. Edward Aberman, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

**Chicago & Eastern Illinois Railway Company, appellant, v. Chicago Heights Terminal Transfer Railroad Company, appellee. Gen. No. 29,433.**

Bill to enjoin violation of contract and to compel specific performance. Dismissed for want of equity. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed July 16, 1924.

Homer T. Dick and Gallagher, Kohlsaat, Rinaker & Wilkinson, for appellant. Butler, Lamb, Foster & Pope, Ryan, Condon & Livingston and Walter, Burchmore, Collin & Belnap, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

## FOURTH DISTRICT.

---

**Mike Murgic, appellee, v. Fort Dearborn Casualty Underwriters, appellant.**

Action upon policy of automobile insurance. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. William F. Borders, Judge, presiding. Heard in this court at the March term, 1924. Affirmed. Opinion filed April 11, 1924. *Certiorari* denied by Supreme Court (making opinion final).

William P. Launtz and Murphy O. Tate, for appellant. Beasley & Zulley, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.